# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:14cr00073 |
| vs. | : | District Judge Walter Herbert Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| DERRON GARRETT, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on August 19, 2014 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #21). Having conducted a full colloquy with Defendant Derron Garrett the Magistrate Judge concluded that Defendant's pleas of guilty are knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that Defendant Derron

Garrett's guilty pleas were knowing, voluntary, and intelligent. Defendant is FOUND guilty as charged of the offenses to which he pled – specifically, Count 1, possession with intent to distribute, in violation of 21 U.S.C. §841(a)(1); and Count 3, resisting, impeding and interfering with a federal agent, in violation of 18 U.S.C. §111.

                                                               Walter Herbert Rice
                                                               United States District Judge